O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br> v. ) <br> ALFREDO CASAS-RAMIREZ, ) <br>       Defendant. ) <br> _____ ) | CASE NO. CR12-245-CAS <br><br> REVOCATION AND REINSTATEMENT OF SUPERVISED RELEASE AND JUDGMENT |

On September 20, 2012, this matter came before the Court on Petition On Probation and Supervised Release originally filed on August 8, 2012. Government counsel, Lane Dilg, the defendant and his appointed attorney, Lisa Shinar, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Gregory Metoyer, is present. The defendant admits violation of his supervised release as stated in allegations 1, 2, and 3 of the Petition filed on August 8, 2012. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of October 28, 2011.

The defendant is hereby committed to the custody of the Bureau of Prisons for a period of two (2) months. Upon release from custody, the defendant will be placed supervised release for a term of twenty-four (24) months, under the same terms and conditions as previously imposed, with the following added conditions:

- Defendant shall comply with General Order 05-02;
- Defendant shall submit to one (1) drug test within fifteen (15) days of release from imprisonment, and at least two (2) periodic drug tests thereafter, not to exceed eight (8) tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d);
- Defendant shall participate for a period of six (6) months, after release from imprisonment, in an outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer.  The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;
- Defendant shall participate in a workforce development program or other similar program, which includes occupational/career development, including but not limited to assessment, testing, education, training classes, career guidance, employment search, and retention services, as directed by the Probation Officer; and
- Defendant shall participate in a cognitive behavioral treatment program as directed by the Probation Officer, if deemed necessary by the Probation Officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:  September 20, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: __/S/_____
Catherine M. Jeang, Deputy Clerk

cc: U.S. Probation Office