1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )     Case No.:  CR 12-245-CAS

11                    Plaintiff,        )

12         vs.                          )

13                                      )     ORDER OF DETENTION AFTER HEARING
                                        )       [Fed.R.Crim.P. 32.1(a)(6);
14  *Alfredo Casas-Ramirez*             )        18 U.S.C. 3143(a)]
                                        )
15                    Defendant.        )

16

17

18      The defendant having been arrested in this District pursuant to

19  a warrant issued by the United States District Court for the

20  *Central District of CA* for alleged violation(s) of the terms and

21  conditions of (his)/her [probation] (supervised release); and

22      The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24      The Court finds that:

25  A.    [X]    The defendant has not met (his)/her burden of establishing by

26  clear and convincing evidence that (he)/she is not likely to flee

27  if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28  based on *the absence of background information and lack*

1   of bail resources for the defendant;

2

3

4   (and)/or

5   B.   (X)   The defendant has not met (his)/her burden of establishing by

6   clear and convincing evidence that (he)/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c). This finding is based

9   on: defendant's criminal history.

10

11

12

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated: Feb. 6, 2013

18

19

20                                   CARLA M. WOEHRLE

21                           UNITES STATES MAGISTRATE JUDGE